UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| CLARK-FLOYD LANDFILL, LLC, | ) |
| Plaintiff/Counter-Defendant, | ) ) ) |
| v. | ) ) ) |
| COUNTY OF CLARK, INDIANA; BOARD OF COMMISSIONERS OF CLARK COUNTY, INDIANA, in their official capacities; COUNTY OF FLOYD, INDIANA; BOARD OF COMMISSIONERS OF FLOYD COUNTY, INDIANA, in their official capacities, | ) ) ) ) ) ) ) ) ) Case No. 4:18-cv-00004-RLY-DML |
| Defendants/Counter-Plaintiff. | ) ) ) |

**PLAINTIFF CFL, LLC'S REQUEST FOR
JUDICIAL NOTICE OF CERTAIN DOCUMENTS**

Under Federal Rule of Evidence 201, CFL requests that the court take judicial notice of several facts related to this litigation. In support of its request, CFL states the following:

1. Rule 201 permits the court to take judicial notice of a fact that "is generally known within the trial court's territorial jurisdiction" or "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

2. If these criteria are met, the Court "must take judicial notice if a party requests it and the court is supplied with the necessary information." Fed. R. Evid. 201(c).

3. CFL submits that the following facts are public records that are

suitable for judicial notice in this case:

    a. The fact that, in November 2009, the Clark County Board of Commissioners approved Resolution 14-2009, "Approving the Exchange of Certain Tracts of Real Property with the Indiana Department of Natural Resources," and determined the facts stated therein, attached to this motion as Exhibit A;[1]

    b. IDEM's approval for the Clark-Floyd Landfill's Barrier Wall Expansion, VFC Doc. No. 63227336, attached as Exhibit B;[2]

    c. An IDEM compliance letter dated January 4, 2019, relating to the Clark-Floyd Landfill, VFC Doc. No. 82610630, attached as Exhibit C.[3]

4. These facts are matters of general knowledge and public record in Clark County, are within the Court's territorial jurisdiction, their accuracy cannot reasonably be questioned, and they are readily ascertainable by anyone in the area. As a result, the Court should take judicial notice of them.

---

[1] The Resolution is publicly available at
https://www.co.clark.in.us/index.php/component/rsfiles/files?folder=Commissioners%2FResolutions%2F2009Resolutions

[2] Also available for download at
https://ecm.idem.in.gov/cs/idcplg?IdcService=GET_FILE&dID=4023644&dDocName=63227336&Rendition=web&allowInterrupt=1&noSaveAs=1&fileName=63227336.pdf

[3] Also available for download at
https://ecm.idem.in.gov/cs/idcplg?IdcService=GET_FILE&dID=82669245&dDocName=82669867&Rendition=web&allowInterrupt=1&noSaveAs=1&fileName=82669867.pdf

       Respectfully submitted,


       <u>s/ Amy E. Romig</u>
       Amy E. Romig, #22523-49
       Brett E. Nelson, #22096-53
       Mary Ann Saggese, #15834-49
       Jenna M. Shives, #31314-49
       Christopher E. Kozak, #P82156
       Plews Shadley Racher & Braun LLP
       *Attorneys for CFL, LLC*
       1346 N. Delaware St.
       Indianapolis, IN 46202
       Tel: 317.637.0700
       Fax: 317.637.0710

CERTIFICATE OF SERVICE

      I hereby certify that on January 7, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Philip A. Whistler
>Terri A. Czajka
>Christine Astbury
>Robert A. Jorczak
>ICE MILLER LLP
>One American Square, Ste. 2900
>Indianapolis, IN 46282-0200
>philip.whistler@icemiller.com
>terri.czajka@icemiller.com
>chrissy.astbury@icemiller.com
>louie.jorczak@icemiller.com

                                          s/ Amy E. Romig